UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,                                              25-cv-6655 (JGK)

                    Petitioner,                       ORDER

          - against -

123 WASHINGTON, LLC.,

                    Respondent.
---

JOHN G. KOELTL, District Judge:

     The deadline for the respondent to file papers in response

to the petition to confirm an arbitration award was October 2,

2025. ECF No. 10. To date, the respondent has not filed any

papers in response.

     The deadline for the respondent to serve and file papers in

response to the petition is extended to **October 23, 2025.** The

deadline for the petitioner to file any reply papers is **November**

**13, 2025.** If the respondent fails to respond by **October 23,**

**2025,** the Court will decide the petition on the current papers.


SO ORDERED.

Dated:    New York, New York
          October 10, 2025

                                        John G. Koeltl
                                  United States District Judge