UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,

                Petitioner,

- against -

123 WASHINGTON, LLC.,

                Respondent.

25-cv-6655 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On October 10, 2025, the Court extended the deadline for the respondent to file response papers in response to the petition to confirm an arbitration award to October 23, 2025. To date, no such response has been filed. As discussed in the October 10, 2025, Order, the Court will decide the petition on the current papers.

The petitioner is directed to provide the Court with paper courtesy copies of all papers filed in connection with the petition to confirm an arbitration award.

The petitioner is also directed to serve this Order on the respondent by **October 30, 2025**, and to file proof of service on the docket by **November 3, 2025**.

SO ORDERED.

Dated:    New York, New York
            October 24, 2025

                                                  John G. Koeltl
                                      United States District Judge