UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
HOTEL AND GAMING TRADES COUNCIL,

                              Petitioner,

          -against-                                                    25 **CIVIL** 6655 (JGK)

                                                                       **JUDGMENT**

123 WASHINGTON, LLC,

                              Respondent.
--------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Memorandum Opinion and Order dated December 5, 2025, the Court has considered all of the

arguments of the parties. To the extent not specifically addressed, the arguments are moot or without merit. For

the foregoing reasons, the petition to enforce the arbitration award is granted. Judgment is entered as follows: 1)

In the amount of $1,058,568.20 in the form of a bond at the ore, plus pre-judgment interest at the statutory rate

of 9% accruing from May 9, 2025, in the amount of $55,596.58; $3,048,880.07 to the Funds, plus pre-judgment

interest at the statutory rate of 9% accruing from May 9, 2025, in the amount of $160,128.85; and $108,462.66

to the Union, plus pre-judgment interest at the statutory rate of 9% accruing from May 9, 2025, in the amount of

$5,696.52;  2). Post-judgment interest will accrue at the statutory rate. See 28 U.S.C. § 1961(a); accordingly,

the case is closed.

**Dated:**  New York, New York

          December 8, 2025

                                                        **TAMMI M. HELLWIG**
                                              _____
                                                        **Clerk of Court**


                                        **BY:**        K. mango
                                              _____
                                                        **Deputy Clerk**