UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,                                              25-cv-6655 (JGK)

                          Petitioner,                ORDER

          - against -

123 WASHINGTON, LLC.,

                          Respondent.
_____

JOHN G. KOELTL, District Judge:

    The respondent may file any response to the petitioner's

motion for attorney's fees (ECF No. 17) by **January 5, 2026.** The

petitioner may reply by **January 26, 2026.**

    The petitioner is directed to serve a copy of this order on

the respondent by **December 16, 2025,** and to file proof of

service on the docket by **December 19, 2025.**


SO ORDERED.

Dated:    New York, New York
          December 12, 2025

                                    _____
                                          John G. Koeltl
                                    United States District Judge