UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,                                        25-cv-6655 (JGK)

                        Petitioner,            ORDER

              - against -

123 WASHINGTON, LLC.,

                        Respondent.
_____

JOHN G. KOELTL, District Judge:

     The deadline for the respondent to file papers in response
to the petitioner's motion for attorney's fees was January 5,
2026. To date, no response has been filed. Therefore, the
respondent's deadline is extended to **January 19, 2026.** The
petitioner may reply by **February 9, 2026.** If the respondent
fails to timely file a response, the Court will decide the
motion on the current papers.

     The petitioner is directed to serve this order on the
respondent by **January 12, 2026,** and to file proof of service on
the docket by **January 14, 2026.**


SO ORDERED.

Dated:    New York, New York
          February 7, 2026

                                        John G. Koeltl
                                  United States District Judge