UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,                                        25-cv-6655 (JGK)

                        Petitioner,             ORDER

        - against -

123 WASHINGTON, LLC.,

                        Respondent.

JOHN G. KOELTL, District Judge:

On January 8, 2026, the Court extended the deadline for the respondent to file response papers in opposition to the petitioner's motion for attorneys' fees to January 19, 2026. ECF No. 20. To date, no response has been filed. As discussed in the January 8, 2026, Order, the Court will decide the motion on the current papers.

The petitioner is directed to serve a copy of this order on the respondent by **January 27, 2026,** and to file proof of service on the docket by **January 30, 2026.**

SO ORDERED.

Dated:     New York, New York
           January 22, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge