UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,                                                    25-cv-6655 (JGK)

                          Petitioner,          ORDER

        - against -

123 WASHINGTON, LLC.,

                        Respondent.

———————————————————————

JOHN G. KOELTL, District Judge:

The petitioner sought an award of attorneys' fees and costs. ECF No. 17. The application was unopposed. See ECF Nos. 20, 22. The Court gave the respondent the opportunity to respond and warned that if there was no opposition, the application would be considered on the papers. See ECF Nos. 18, 20. There was no opposition, and the time for opposition has passed. ECF No. 22.

The application for attorneys' fees in the amount of $5,556 is amply justified by the time expended, the attorneys' experience, and the billing rates. See Exs. A-C, ECF Nos. 17-1 through 17-4. The award of costs in the amount of $826.44 is also supported by the record. See Exs. A & C.

Therefore, the Clerk is requested to enter an award of attorneys' fees to the petitioner in the amount of $4,556.00, and costs in the amount of $826.44. The Clerk is also requested to close ECF No. 17.

**SO ORDERED.**

Dated:     **New York, New York**
            **January 26, 2026**
                                    **John G. Koeltl**
                              **United States District Judge**

2