**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,

|  |  |
|---|---|
| Petitioner, | 25 **CIVIL** 6655 (JGK) |
| -against- | **JUDGMENT**<br>**For Attorney's Fees and Costs** |
| 123 WASHINGTON, LLC, | |
| Respondent. | |

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Corrected Order dated February 20, 2026, Petitioner is awarded attorney's fees in the amount of $5556.00 and costs in the amount of $826.44 for a total sum of $6,382.44.

**Dated:**  New York, New York
         March 2, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY: _____
**Deputy Clerk**